# Transcript of John Hammond, Designated Representative

**Date:** March 11, 2026
**Case:** Valancius -v- Catholic Diocese of Nashville

**Planet Depos**
**Phone:** 888.433.3767
**Email:** clientservices@planetdepos.com
**planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

----------------------------------x
GREGORY VALANCIUS, :
PLAINTIFF, :
v. : Case No.:
CATHOLIC DIOCESE OF NASHVILLE, : 3:24-CV-00364
DEFENDANT. :
----------------------------------x

DEPOSITION OF THE CATHOLIC DIOCESE OF NASHVILLE
By and through its Designated Representative,
JOHN HAMMOND
Conducted virtually
Wednesday, March 11, 2026
9:03 a.m.

Job No.: 623996
Pages: 1 - 108
Recorded By: Paul Kaminski



Deposition of JOHN HAMMOND, conducted virtually.

Pursuant to notice, before Paul Kaminski, Notary Public in and for the State of Tennessee.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF, GREGORY VALANCIUS:
ANDREW S. JANET, ESQUIRE
JANET, JANET & SUGGS, LLC
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
(410) 653-3200

ON BEHALF OF THE DEFENDANT, CATHOLIC DIOCESE OF NASHVILLE:
MATTHEW C. PIETSCH, ESQUIRE
GORDON REES SCULLY MANSUKHANI, LLP
4020 Aspen Grove Drive, Suite 500
Franklin, TN 37067
(615) 772-9000

ALSO PRESENT:
TY LAIRD - Videographer



C O N T E N T S


| EXAMINATION OF JOHN HAMMOND | PAGE |
|---|---|
| By Mr. Janet | 5, 99 |
| By Mr. Pietsch | 91 |


E X H I B I T S
(Attached to transcript)


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Norms 2000 | 34 |
| Exhibit 2 | Emala Files | 45 |
| Exhibit 3 | Memphis Documents | 58 |



Case 3:24-cv-00364 Document 53-3 Filed 06/30/26 Page 2 of 4 PageID #: 235

93

Q Based upon your knowledge, does the term Sunday supply work typically indicate some type of probationary status at another diocese of any duration of time?
**A No. It does not imply that. Again, it would normally be a situation in which a priest is living nearby for some reason, either because he's retired or because he's on a leave of absence. Or he's engaged in some other kind of work -- you know, teaching at a university or something like that -- and then might make himself available to assist in the nearby parish.**
Q There was some questions and testimony earlier regarding the extent to which Father Emala may have been receiving some kind of regular financial aid from the Diocese of Nashville between 1968 and the formation of the Diocese of Memphis in 1971; is that correct?
**A Yes.**
Q And I understand that -- that there aren't any documents that -- that specifically relate to what the -- what the amount necessarily was. But if a priest is on a leave of absence, would that priest, based solely upon his incardination with the Diocese of Nashville, be

94

expected to receive some type of financial assistance?
**A Ordinarily --**
MR. JANET: Objection in that we -- I think there were documents about the amount.
But you can answer.
**A Ordinarily, yes, in answer to your question. Once a cleric has been incardinated into a particular diocese, from then on, the bishop of that diocese has an obligation to provide at least for the basic sustenance for that cleric, even if he is not holding an ecclesiastical office. He has to ensure that he has room and board and basic ability to function and live.**
**And so it's very common in that circumstance. And in fact, unless there's some other means of support, it's required by canon law for the bishop to provide a sufficiency for him to live on. And that -- that would be a -- a very reasonable explanation for what those checks were about in that period.**
Q If a priest is on a temporary leave of absence, would that type of financial assistance be associated with that priest performing any type of work?

95

**A No. That would simply be what the bishop would be expected to provide him for his means of sustenance.**
Q Would a leave of absence ordinarily imply that a priest would be working at another diocese?
**A Not necessarily, no.**
Q Based upon the information contained in the letter from then-Apostolic Administrator Durick to Father Emala in or about 1968, was there any -- any statement made pertaining to Father Emala are working for another diocese, outside of the Sunday supply work that we just discussed?
**A What's contained in Bishop Durick's letter in 1968 refers to the possibility of Sunday supply work only. It does not imply anything beyond that.**
Q If a priest were to be engaging in ministry for another diocese beyond Sunday supply work, would it be a fair reading of then-Apostolic Administrator Durick's letter in 1968 that such work was anticipated?
**A Say it again? Sorry.**
Q If a priest on -- on leave of absence, such as Father Emala in 1968, was going to engage in any type of ecclesiastical ministry beyond what

96

we've discussed as Sunday supply work, would that additional work -- does that -- does that additional work appear to have been contemplated in the letter by then -- then-Apostolic Administrator Durick to Father Emala in 1968?
**A It does not appear to me that any work beyond Sunday supply work was contemplated by Bishop Durick, as expressed in that letter.**
Q To your knowledge, has the Diocese of Nashville made any public statements or publications with regards to Father Emala being a priest who has been credibly accused of sexual misconduct?
**A Yes. In 2018, when the Diocese of Nashville released its list of those whom had associations with the diocese and who had been credibly accused of the sexual abuse of minors, Father Emala's name was included on that list.**
Q And prior to the Diocese of Nashville's publication of that list, which included Father Emala, was the diocese aware of any other publications of lists from other dioceses in which Father Emala had been identified as a priest who had been credibly accused of abuse?
**A We were. One of the sources of**

97

**information for that list that we produced and published was the list from other dioceses. And the reason for the inclusion of Father Emala on our list was that he had already been listed by Baltimore and, I believe also, by Harrisburg at that time on their published lists.**

Q Do you recall if there was media coverage of the diocese publication of the list including Father Emala in 2018?

**A Yes, there was. There was considerable media coverage of the diocese's choice to produce that list and present it to the public.**

Q Plaintiff's counsel, I believe, has already asked you this, but just to be clear. Prior to the filing of this lawsuit, was the Diocese of Nashville ever contacted by anyone, including, but not limited to, Gregory Valancius in this case regarding his activities in the state of Maryland?

**A No.**

Q Has the Diocese of Nashville ever made any statements doubting or disputing Father Emala's ordination and status as a priest of the Diocese of Nashville in the 1960s?

**A No, we have not.**

98

MR. JANET: Object to form. I didn't understand that, but --

Q Just to be clear, the diocese has never taken the position or made any statements to suggest that Father Emala was not a priest of the Diocese of Nashville between the time of his -- or not many statements about Father Emala's status as a priest of the Diocese of Nashville -- strike that.

I know what I'm trying to say, and I'm not saying it correctly.

MR. JANET: Yeah, I'm not really following what you're getting at.

Q Let me ask it this way. Has the diocese ever misrepresented Father Emala's status as a priest of the Diocese of Nashville to anyone regarding his period of incardination in the Diocese of Nashville?

**A Not to my knowledge, no.**

Q And at the very least, the period of Father Emala's status as a priest in the Diocese of Nashville, period of incardination, was information that was included in the publicly -- in the published list that we discussed that was made public in 2018; is that correct?

99

**A Correct.**

MR. PIETSCH: Those are my questions.

MR. JANET: I do have some follow-ups.

RE-EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MR. JANET:

Q I want to go back to the documents that we obtained from the Diocese of Memphis. I'm going to share those again. Pages 8 and 9 are the letter from Joseph Durick to Father Emala, which we discussed earlier, and which Mr. Pietsch was just questioning you about regarding the Sunday supply work, correct?

**A Yes.**

Q And I'm going to read to you the first two paragraphs of this letter: At our meeting with Fathers Oglesby and Lynch before Christmas 1967, you will recall that we had a lengthy discussion about yourself and your future service in the Diocese of Nashville. At that time, after detailed presentations of certain facts were made concerning you, I asked you to let me know which of the following proposals I made to you at that time would be chosen.

Did I read those correctly?

**A Yes.**

100

Q So in other words, these options were presented to Father Emala at a meeting shortly before Christmas in 1967, correct?

**A That does seem to be the case. Yes.**

Q And then, if you go up to the -- Page 4 of this compendium, you remember this is the second page of the letter that Father Lynch and Father Oglesby sent to Bishop Durick on December 6, 1967, correct?

**A Yes, correct.**

Q And this letter says, on Page 4 of the file, Father is unwilling to do this -- which is petition for laicization -- but would like to return to Baltimore on a leave of absence, work in one of the parishes there, and work toward incardination, correct?

**A Yes.**

Q And so Bishop Durick was aware that this was a desire of Father Emala's as of the time that he presented those options to Emala, correct?

**A Yes. It would seem that Father Lynch and Father Oglesby made that desire known to the bishop in this letter.**

Q And this was all taking place, it seems like, in December 1967. Those -- this letter was