**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **GREGORY VALANCIUS,** | ) | |
| | ) | |
| **Plaintiff** | ) | **Case No. 3:24-cv-00364** |
| | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | **Magistrate Judge Evans** |
| **vs.** | ) | |
| | ) | **Jury Demand** |
| **CATHOLIC DIOCESE OF NASHVILLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT CATHOLIC DIOCESE OF NASHVILLE**

---

Pursuant to Local Rule 56.01(b), Defendant Catholic Diocese of Nashville ("Diocese of Nashville") submits this Statement of Undisputed Material Facts in support of its Motion for Summary Judgment.

1. Plaintiff was born on October 7, 1958. *See* Exhibit A, Deposition of Gregory Valancius ("Valancius Dep."), 6:22-24

**RESPONSE:**

2. Plaintiff alleges that he was sexually abused by Father Walter Emala ("Father Emala") while Plaintiff was a parishioner and altar server at Our Lady of Peace parish located in Baltimore County, Maryland over the period of approximately one month in the summer of 1968. *See* Exhibit A, Valancius Dep., 23:5-7; 38:13-19; 60:5-7; 60:16-17.



Case 3:24-cv-00364 Document 54 Filed 06/30/26 Page 1 of 7 PageID #: 238

**RESPONSE:**

3. Plaintiff knew, no later than 1976, that at the time of his alleged abuse, Father Emala was an associate priest at Our Lady of Peace parish in Baltimore County, Maryland. *See* Exhibit A, Valancius Dep., 19:3-22.

**RESPONSE:**

4. Plaintiff knew no later than 2003-2004, from news media reports, that Father Emala was a priest who had come to the Archdiocese of Baltimore from the Diocese of Nashville. *See See* Exhibit A, Valancius Dep., 53:2-25; 54:1-11; 68:25; 69:1-8.

**RESPONSE:**

5. Plaintiff knew, when he turned 18 years of age in 1976, that he had suffered emotional injury and harm that was caused by the abuse alleged to have been committed against him by Father Emala. *See See* Exhibit A, Valancius Dep., 63:21-25; 64:1-25; 65:1-7.

**RESPONSE:**

6. Fr. Emala was publicly identified on a list of priests credibly accused of child sexual abuse published by the Archdiocese of Baltimore in 2002. *See* Exhibit B, Excerpts of 2023 Maryland Attorney General Report ("Maryland AG Report"), at P. 132.

**RESPONSE:**

7. Fr. Emala was publicly identified on a list of priests credibly accused of child sexual abuse published by the Diocese of Harrisburg in 2018. *See* Exhibit B, Maryland AG Report, at P. 132.

**RESPONSE:**

8. Fr. Emala was publicly identified on a list of priests credibly accused of child sexual abuse published by the Diocese of Nashville in 2018. *See* Exhibit B, Maryland AG Report, at P. 132; Exhibit C, Excerpts of Deposition of Fr. John Hammond ("Hammond Dep."), 96:9-25; 97:1-6.

**RESPONSE:**

9. The 2018 publication by the Diocese of Nashville of its list of priests credibly accused of child sexual abuse received considerable media coverage. *See* Exhibit C, Hammond Dep., 97:7-12.

**RESPONSE:**

10. The Diocese of Nashville never misrepresented Father Emala's status or period of incardination in the Diocese of Nashville to any party, including but not limited Plaintiff. *See* Exhibit C, Hammond Dep., 98:14-25.

**RESPONSE:**

11. The Diocese of Nashville was never contacted by anyone, including but not limited to Plaintiff, regarding allegations of misconduct against Father Emala in the State of Maryland. *See* Exhibit C, Hammond Dep., 97:13-25; Exhibit A, Valancius Dep., 68:17-24.

**RESPONSE:**

12. Plaintiff never requested any information from the Diocese of Nashville regarding Father Emala prior to filing his lawsuit in 2023. *See* Exhibit A, Valancius Dep., 68:17-24.

**RESPONSE:**

13. Plaintiff never contacted or requested any information from the Archdiocese of Baltimore regarding Father Emala prior to filing his lawsuit in 2023. *See* Exhibit A, Valancius Dep., 68:11-15.

**RESPONSE:**

14. Plaintiff never contacted or requested any information from the Our Lady Queen of Peace parish regarding Father Emala prior to filing his lawsuit in 2023. *See* Exhibit A, Valancius Dep., 68:16-20.

**RESPONSE:**

15. Plaintiff never had any impediment, physical, mental or otherwise, that prevented him from coming forward or otherwise pursuing his claims against Father Emala between 1968 and 2023. *See* Exhibit A, Valancius Dep., 69:5-8.

**RESPONSE:**

16. Plaintiff did not choose to make any report regarding Father Emala's alleged abuse until 2023, when Plaintiff saw a television commercial from a Maryland personal injury law firm regarding clergy abuse. *See* Exhibit A, Valancius Dep., 46:16-25; 47:1-21.

**RESPONSE:**

17. Plaintiff did not make any effort to investigate or pursue any claim against anyone Plaintiff believed to be responsible for the alleged abuse Father Emala committed against Plaintiff between 1976 and 2023. *See* Exhibit A, Valancius Dep., 46:16-25; 47:1-21.

**RESPONSE:**

18. Plaintiff had prior knowledge of issues of clergy abuse of minors as early as 2002. *See* Exhibit A, Valancius Dep., 48:12-23; 50:4-7.

**RESPONSE:**

**DATED: June 30, 2026.**

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Matthew C. Pietsch*
Matthew C. Pietsch, TN Bar No. 024659
Lindsey M. Shepard, TN BPR No. 34444
4020 Aspen Grove Drive, Suite 500
Franklin, TN 37067
Phone: 615-722-9000
Fax: 615-970-7490
mpietsch@grsm.com
lshephard@grsm.com

TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

L. Gino Marchetti, Jr., TN Bar No. 005562
2908 Poston Avenue
Nashville, TN 37203
Phone: 615-320-3225
Fax: 615-320-3244
gmarchetti@tpmblaw.com

*Attorneys for Defendant Catholic Diocese of Nashville*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **June 30, 2026**:

| | |
|---|---|
| Andrew S. Janet<br>Janet, Janet & Suggs, LLC<br>Executive Center at Hooks Lane<br>4 Reservoir Circle, Suite 200<br>Baltimore, MD 21208<br>Phone: 410-653-3200<br>Fax: 410-653-9030<br>asjanet@jjsjustice.com<br><br>John Spragens<br>Spragens Law PLC<br>311 22nd Ave. N.<br>Nashville, TN 37203<br>Phone: 615-983-8900<br>Fax: 615-682-8533<br>john@spragenslaw.com<br><br>*Counsel for Plaintiff* | Louis Gino Marchetti, Jr.<br>Taylor, Pigue, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br><br>*Counsel for Defendant* |

*/s/ Matthew C. Pietsch*